NANCY LANDRY
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



9489 0090 0027 6725 2791 16

Label 890-PB, Oct. 2015
Pitney Bowes





Received

NOV 18 2025



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS.  FOLD AT DOTTED LINE

UNITED STATES
POSTAL SERVICE®            **CERTIFIED MAIL**®

# State of Louisiana
## Secretary of State

11/11/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SAFEPOINT INSURANCE COMPANY
ATTN: JENNIFER COTUGNO
12640 TELECOM DRIVE
TEMPLE TERRACE, FL 33637



Received
NOV 18 2025

Suit No.: 869971
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

ABOOD, LLC
vs
SAFEPOINT INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY          Date: 11/10/2025
Served by: B GARAFOLA           Title: DEPUTY SHERIFF

No: 1372015



CZ

(SERVICE COPY)   [RETURN COPY]

(101)  CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE          251103-4725-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ABOOD LLC
versus
SAFEPOINT INSURANCE COMPANY

Case: 869-971    Div: "G"
P 1  ABOOD LLC

To:  SAFEPOINT INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

EAST BATON ROUGE PARISH

SOS CK#190288 $50.00
EBR CK#190289 $41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES / REQUEST FOR NOTICE of which a true and correct copy accompanies this
citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial
District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21)
CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney RICHARD D. RONIGER and was issued by the Clerk of
Court on the 3rd day of November, 2025.

/s/ Carlos T. Mendoza
Carlos T. Mendoza, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE          251103-4725-6

Received:_____    Served:_____    Returned:_____

Service was made:
_____ Personal                    _____ Domiciliary _____

Unable to serve:
_____ Not at this address      _____ Numerous attempts _____ times
_____ Vacant                   _____ Received too late to serve
_____ Moved                    _____ No longer works at this address
_____ No such address          _____ Need apartment / building number
_____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____# _____
                         Deputy Sheriff
Parish of: _____

SERVED ON
NANCY LANDRY

NOV 10 2025

SECRETARY OF STATE
COMMERCIAL DIVISION

RECEIVED
DATE

NOV 0 7 2025

E.b.R. Sheriff's Office

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NUMBER: **869971**          DIVISION:                    SECTION:**G**

ABOOD, LLC

VERSUS

SAFEPOINT INSURANCE COMPANY

FILED: _____          _____
                                        DEPUTY CLERK

### **PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes petitioner, ABOOD, LLC a Louisiana Corporation authorized to do business in the State of Louisiana, having its principal place of business in the Parish of Jefferson, State of Louisiana, at 1002 North Arnoult, Metairie, Louisiana 70001, who respectfully represents that:

I.

Made defendants herein are:

SAFEPOINT INSURANCE COMPANY, a corporation authorized to do and doing business in the State of Louisiana.

II.

At all material times, ABOOD, LLC was the lessee of the property and building located at 1002 North Arnoult, Metairie, Louisiana 70001.

III.

At all material times mentioned herein, SAFEPOINT INSURANCE COMPANY had in full force and effect a commercial lines policy of insurance issued to ABOOD, LLC on the date of this November 25, 2024 occurrence.

IV.

On or about November 25, 2024, a vehicle ran into the building located at 1002 North Arnoult, Metairie, Louisiana 70001 causing extensive damages to said property and inventory.

V.

SAFEPOINT INSURANCE COMPANY were notified of the loss and acknowledged notice of the claim. Their claim was assigned claim no.: 10003139.

24th E-Filed: 10/28/2025 10:00 Case: 869971 Div:G Atty:028984 RICHARD D RONIGER



JON A. GEGENHEIMER

## VI.

SAFEPOINT INSURANCE COMPANY's authorized claims representative inspected petitioner's building and observed the extensive damage to the structure and contents.

## VII.

Various written documentation of the details of this claim and damages were submitted to SAFEPOINT INSURANCE COMPANY on various occasions from the date of this incident through the present. Nevertheless, SAFEPOINT INSURANCE COMPANY has failed to pay owed amounts pursuant to its policy terms to petitioner for its property damage caused by this incident.

## VIII.

Adequate proof of loss has been supplied to SAFEPOINT INSURANCE COMPANY, and petitioner has cooperated in every way possible to allow defendants to investigate its/their claim.

## IX.

As a result of SAFEPOINT INSURANCE COMPANY 's failure to tender any amounts pursuant to its policy of insurance, petitioner alleges that SAFEPOINT INSURANCE COMPANY are in violation of L.R.S. 22:1892, *et al.* Penalties pursuant to this statute are therefore applicable.

## X.

As a result of SAFEPOINT INSURANCE COMPANY's failure to tender appropriate amounts pursuant to its policy of insurance, petitioner alleges that SAFEPOINT INSURANCE COMPANY are in violation of L.R.S. 22:1892 and in particular L.R.S. 22:1892(A)(1) and L.R.S. 22:1892(B)(1). Penalties pursuant to this statute are therefore applicable.

## XI.

Petitioner further alleges that the actions of SAFEPOINT INSURANCE COMPANY have been arbitrary and capricious; that its valuation of the claim has been unreasonable given the information with which it has been provided; and that it has failed to deal fairly and to act in good faith in adjusting this claim. Penalties pursuant to L.R.S. 22:1892 are therefore applicable.

24th E-Filed: 10/28/2025 10:00 Case: 86997 Div:G Atty:028984 RICHARD D RONIGER



XII.

As a result of SAFEPOINT INSURANCE COMPANY 's breach of its duty of good faith and fair dealing, pursuant to L.R.S. 22:1892, petitioner has sustained the following non-exclusive damages:

a.    Further and ongoing damage to property and inventory;

b.    Loss of business;

c.    Loss of income;

d.    Lost business opportunity;

e.    Loss of business reputation;

f.    Other damages to be proven at trial.

XIII.

Petitioner has made amicable demand to no avail, thereby necessitating this lawsuit.

WHEREFORE, the premises considered, petitioner, ABOODS LLC, prays that a copy of this petition be filed and served upon defendants, SAFEPOINT INSURANCE COMPANY, and that they be duly cited to answer same within the time delays permitted by law; and after due proceedings be had, that there be judgment herein in favor of petitioner, ABOOD, LLC, and against defendants, SAFEPOINT INSURANCE COMPANY, individually and/or jointly and/or severally and/or in solido and/or in any combination thereof, for such damages as are reasonable in the premises, together with legal interest thereof from the date of judicial demand, and for all costs of these proceedings.

Respectfully submitted:

**Charbonnet Law Firm, L.L.C.**
Richard D. Roniger, II, #28984
Robert P. Charbonnet, Jr., #21523
James S. Rees, IV, #34720
Desiree M. Charbonnet, #24051
501 Clearview Parkway
Metairie, Louisiana 70001
Telephone No: (504) 888-2227
Fax No. (504) 456-3469
Email: rick@charbonnetlawfirm.com

**SERVICE INSTRUCTIONS ON FOLLOWING PAGE**

24th E-Filed: 10/28/2025 10:00 Case: 869971 Div:G Atty:028984 RICHARD D RONIGER

**PLEASE SERVE:**

SAFEPOINT INSURANCE COMPANY
through its agent for service of process:
Louisiana Secretary Of State
8585 Archive Ave.
Baton Rouge, LA 70809

24th E-Filed: 10/28/2025 10:00 Case: 869971 Div:G Atty:028984 RICHARD D RONIGER



JON A. GEGENHEIMER

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NUMBER: 869971                    DIVISION:                    SECTION: G

ABOOD, LLC

VERSUS

SAFEPOINT INSURANCE COMPANY

FILED: _____        _____
                                                DEPUTY CLERK

## REQUEST FOR NOTICE

TO:    Clerk of Court
       24th Judicial District Court for the Parish of Jefferson
       Post Office Box 10
       Gretna, Louisiana 70054

       Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request
written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case,
whether on exceptions, motions, rules, or the merits thereof, or any assignment of fixing of said
case.

       In addition, pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure,
we also request immediate notice of any and all orders or judgments, whether interlocutory or
final, made or rendered in this case upon rendition thereof, including notice of judgment in the
event this case is taken under advisement, or if the judgment is not signed at the conclusion of
trial, and any and all formal steps taken by the parties, the Judge or any member of the Court in
this case.

       We also request that you mail to our offices a copy of any other letter or document filed
in these proceedings.

       This Request for Notice is made with full reservation of all rights.

                                        Respectfully submitted:

                                        Charbonnet Law Firm, L.L.C.
                                        Richard D. Roniger, II, #28984
                                        Robert P. Charbonnet, Jr., #21523
                                        James S. Rees, IV, #34720
                                        Desiree M. Charbonnet, #24051
                                        501 Clearview Parkway
                                        Metairie, Louisiana 70001
                                        Telephone No: (504) 888-2227
                                        Fax No. (504) 456-3469
                                        Email: rick@charbonnetlawfirm.com

24th E-Filed: 10/28/2025 10:01 Case: 869971 Div:G Atty:028984 RICHARD D RONIGER